| | |
|---|---|
| Tracy H. Fowler  (1106)<br>Elisabeth M. McOmber  (10615)<br>SNELL & WILMER L.L.P.<br>15 West South Temple, Suite 1200<br>Gateway Tower West<br>Salt Lake City, Utah  84101<br>Telephone:  801.257.1900<br>Facsimile:  801.257.1800<br>Email: tfowler@swlaw.com<br>          emcomber@swlaw.com<br><br>Heidi Levine *(Pro Hac Vice)*<br>SIDLEY AUSTIN LLP<br>1251 Avenue of the Americas<br>New York, NY 10019<br>Telephone:  (212) 335-4500<br>Email:  hlevine@sidley.com<br><br>Elizabeth C. Curtin *(Pro Hac Vice)*<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  ecurtin@sidley.com<br><br>*Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.* | Nancy Mismash (6615)<br>Robert J. DeBry & Associates<br>4252 South 700 East<br>Salt Lake City, Utah 84107<br>Telephone: (801) 997-9189<br>Facsimile: (801) 262-8995<br>Email: nmismash@robertdebry.com<br><br>Timothy J. Becker<br>Rolf T. Fiebiger (*Pro Hac Vice*)<br>Johnson Becker, PLLC<br>33 South Sixth Street, Suite 4530<br>Minneapolis, MN 55402<br>Telephone: (612) 436-1800<br>Facsimile: (612) 436-1801<br>Email: tbecker@johnsonbecker.com<br>rfiebiger@johnsonbecker.com<br><br>*Attorneys for Plaintiff Patricia MacMurray* |

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| PATRICIA MacMURRAY,<br><br>             *Plaintiff*,<br><br>       v.<br><br>BOEHRINGER INGELHEIM<br>PHARMACEUTICALS, INC.,<br><br>             *Defendant*. | )<br>)<br>)  **JOINT STIPULATED MOTION TO**<br>)  **EXTEND DEADLINES**<br>)<br>)  Case No.  2:17-cv-00195-JNP<br>)<br>)  U.S. District Judge Jill N. Parrish<br>)<br>)  U.S. Magistrate Judge Dustin B. Pead<br>)<br>) |

Plaintiff Patricia MacMurray and Defendant Boehringer Ingelheim Pharmaceuticals, Inc. (collectively "the Parties"), through counsel, hereby stipulate and jointly move the Court to extend the deadlines for the proposed ESI protocol, proposed Protective Order, and Federal Rule of Evidence 502 order. The Parties request that the deadline be extended to December 18, 2017.

The Parties submit that good cause exists to enter an order granting the proposed extension as the Parties have been working to complete these items for submission, have made good progress to date and hope to have agreed proposals to submit to the Court shortly, but have been unable to complete them within the deadlines despite diligent and reasonable efforts to do so. In addition, the extension will not affect the trial date, and the Parties agree that no prejudice will result from the requested reasonably tailored additional extension. A proposed order is submitted herewith.

| DATED this 8th day of November, 2017. | DATED this 8th day of November, 2017. |
|---|---|
| SNELL & WILMER L.L.P. | JOHNSON BECKER, PLLC |
| /s/ Elisabeth M. McOmber <br> Tracy H. Fowler <br> Elisabeth M. McOmber <br><br> *Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.* | /s/ Rolf T. Fiebiger <br> Rolf T. Fiebiger (*Pro Hac Vice*) <br> *Signed by filing attorney with permission of Rolf T. Fiebiger* <br><br> *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which serves an email notification of such filing upon all counsel who have entered an appearance in this action including but not limited to the below:

>Timothy J. Becker
>Rolf T. Fiebiger (Pro Hac Vice)
>Johnson Becker, PLLC
>33 South Sixth Street, Suite 4530
>Minneapolis, MN 55402
>Telephone: (612) 436-1800
>Facsimile: (612) 436-1801
>tbecker@johnsonbecker.com
>rfiebiger@johnsonbecker.com
>
>Nancy A. Mismash
>Robert J. DeBry & Associates
>4252 South 700 East
>Salt Lake City, Utah 84107
>nmismash@robertdebry.com
>
>*Attorneys for Plaintiff Patricia MacMurray*

                                        */s/ Elisabeth M. McOmber*

4812-7943-5092